# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Caralotta Freeman-Pochette        CHAPTER 13
            Debtor(s)

BKY. NO. 25-12325 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                             Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
30 Jun 2025, 12:18:35, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322