**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Caralotta Freeman-Pochette | : | Chapter 13 |
| | | Case No 25-12325-amc |
| Debtor | : | |
| | : | |

O R D E R

AND NOW, this __14th__ day of __July_____, 2025, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before July 22, 2025.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE