Department of the Treasury
State of New Jersey
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: CITIZEN'S BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| C FREEMAN-POCHETTE | 414 JACKSON AV, COLLINGDALE | PA 19023 | 000344280 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 14 | 06/27/2025 | 07/03/2025 | EF269569 | 2025 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 810 | 30 | 00 | 1183819 | S-00 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| 4500 | | | N |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 413.02 | 10.00 | 4130.27 |
| Total | | | 4130.27 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 58150.95 |
| Taxable Wages - Federal | 46918.67 |
| Taxable Wages - PA | 53433.09 |
| Base Wages (Subject to Pension Ded) | 57823.78 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 228.73 | 3383.49 | Contributory Insurance | 20.65 |
| FICA & YTD | 235.18 | 3312.81 | Negotiations Unit Dues | 19.85 |
| PA Income Tax & YTD | 116.45 | 1640.34 | | |
| Medicare & YTD | 55.00 | 774.75 | | |
| Pension Contribution & YTD | 309.77 | 4336.78 | | |
| Pension Loan Payment & BAL | 391.56 | 19578.00 | | |
| Unemployment Ins. & YTD | | 184.03 | | |
| Temporary Disability Ins. & YTD | 9.50 | 133.76 | | |
| Pre-Tax Dental & YTD | 12.89 | 180.46 | | |
| Pre-Tax Health/PD & YTD | 324.10 | 4537.40 | | |
| Deferred Comp & YTD  5 % | 191.02 | 2177.64 | | |
| Family Leave Insurance & YTD | 13.63 | 191.90 | | |
| | | | Total Deductions | 1928.33 |
| | | | Net Pay | 2201.94 |

**Health and Dental Coverage**

For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

## Important Message

Your well-being matters, and NJWELL provides inclusive and holistic experiences to meet members' needs through activities and educational programming to support healthy lifestyles. For more information and to learn about virtual activities and events, please visit the NJDPB Facebook page, mynjbenefitshub, or www.nj.gov/njwell

You and your covered spouse/partner can also earn rewards for participating in the program. Program requirements must be completed by October 31, 2025.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: CITIZEN'S BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| C FREEMAN-POCHETTE | 414 JACKSON AV, COLLINGDALE | PA 19023 | 000344280 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 13 | 06/13/2025 | 06/20/2025 | EF194743 | 2025 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 810 | 30 | 00 | 1183819 | S-00 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| 4500 | | | N |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 413.02 | 10.00 | 4130.27 |
| Total | | | 4130.27 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 53861.38 |
| Taxable Wages - Federal | 43466.88 |
| Taxable Wages - PA | 49480.51 |
| Base Wages (Subject to Pension Ded) | 53693.51 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 228.73 | 3119.71 | Contributory Insurance | 20.65 |
| FICA & YTD | 235.18 | 3067.75 | Negotiations Unit Dues | 19.85 |
| PA Income Tax & YTD | 116.45 | 1519.00 | | |
| Medicare & YTD | 55.00 | 717.44 | | |
| Pension Contribution & YTD | 309.77 | 4027.01 | | |
| Pension Loan Payment & BAL | 391.56 | 19969.56 | | |
| Unemployment Ins. & YTD | | 184.03 | | |
| Temporary Disability Ins. & YTD | 9.50 | 123.89 | | |
| Pre-Tax Dental & YTD | 12.89 | 167.57 | | |
| Pre-Tax Health/PD & YTD | 324.10 | 4213.30 | | |
| Deferred Comp & YTD   5 % | 191.02 | 1986.62 | | |
| Family Leave Insurance & YTD | 13.63 | 177.74 | | |
| | | | Total Deductions | 1928.33 |
| | | | Net Pay | 2201.94 |

**Health and Dental Coverage**

For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

## Important Message

Your well-being matters, and NJWELL provides inclusive and holistic experiences to meet members' needs through activities and educational programming to support healthy lifestyles. For more information and to learn about virtual activities and events, please visit the NJDPB Facebook page, mynjbenefitshub, or www.nj.gov/njwell

You and your covered spouse/partner can also earn rewards for participating in the program. Program requirements must be completed by October 31, 2025.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

Department of the Treasury
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: CITIZEN'S BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| C  FREEMAN-POCHETTE | 414 JACKSON AV, COLLINGDALE | PA 19023 | 000344280 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 12 | 05/30/2025 | 06/06/2025 | EF118951 | 2025 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 810 | 30 | 00 | 1183819 | S-00 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| 4500 | | | N |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 413.02 | 10.00 | 4130.27 |
| Total | | | 4130.27 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 49563.24 |
| Taxable Wages - Federal | 40006.52 |
| Taxable Wages - PA | 45519.36 |
| Base Wages (Subject to Pension Ded) | 49563.24 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 228.73 | 2854.05 | Contributory Insurance | 20.65 |
| FICA & YTD | 235.18 | 2822.16 | Negotiations Unit Dues | 19.85 |
| PA Income Tax & YTD | 116.45 | 1397.40 | | |
| Medicare & YTD | 55.00 | 660.00 | | |
| Pension Contribution & YTD | 309.77 | 3717.24 | | |
| Pension Loan Payment & BAL | 391.56 | 20361.12 | | |
| Unemployment Ins. & YTD | | 184.03 | | |
| Temporary Disability Ins. & YTD | 9.50 | 114.00 | | |
| Pre-Tax Dental & YTD | 12.89 | 154.68 | | |
| Pre-Tax Health/PD & YTD | 324.10 | 3889.20 | | |
| Deferred Comp & YTD  5 % | 191.02 | 1795.60 | | |
| Family Leave Insurance & YTD | 13.63 | 163.56 | | |
| | | | Total Deductions | 1928.33 |
| | | | Net Pay | 2201.94 |

**Health and Dental Coverage**

For Health Benefit plan or coverage information please login to your   myNewJersey account and access your Benefitsolver account.

# Important Message

Your well-being matters, and NJWELL provides inclusive and holistic experiences to meet members' needs through activities and educational programming to support healthy lifestyles. For more information and to learn about virtual activities and events, please visit the NJDPB Facebook page, mynjbenefitshub, or www.nj.gov/njwell

You and your covered spouse/partner can also earn rewards for participating in the program. Program requirements must be completed by October 31, 2025.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

**Department of the Treasury**
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: CITIZEN'S BANK

## Statement of Earnings and Deductions

| Employee Name | Address | | Employee ID |
|---|---|---|---|
| C FREEMAN-POCHETTE | 414 JACKSON AV, COLLINGDALE | PA 19023 | 000344280 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 11 | 05/16/2025 | 05/23/2025 | EF046283 | 2025 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 810 | 30 | 00 | 1183819 | S-00 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| 4500 | | | N |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 413.02 | 10.00 | 4130.27 |
| Total | | | 4130.27 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 45432.97 |
| Taxable Wages - Federal | 36714.03 |
| Taxable Wages - PA | 41726.08 |
| Base Wages (Subject to Pension Ded) | 45432.97 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 228.73 | 2625.32 | Contributory Insurance | 20.65 |
| FICA & YTD | 235.18 | 2586.98 | Negotiations Unit Dues | 19.85 |
| PA Income Tax & YTD | 116.45 | 1280.95 | | |
| Medicare & YTD | 55.00 | 605.00 | | |
| Pension Contribution & YTD | 309.77 | 3407.47 | | |
| Pension Loan Payment & BAL | 391.56 | 20752.68 | | |
| Unemployment Ins. & YTD | 8.53 | 184.03 | | |
| Temporary Disability Ins. & YTD | 9.50 | 104.50 | | |
| Pre-Tax Dental & YTD | 12.89 | 141.79 | | |
| Pre-Tax Health/PD & YTD | 324.10 | 3565.10 | | |
| Deferred Comp & YTD  5 % | 191.02 | 1604.58 | | |
| Family Leave Insurance & YTD | 13.63 | 149.93 | | |
| | | | Total Deductions | 1936.86 |
| | | | Net Pay | 2193.41 |

**Health and Dental Coverage**

For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

## Important Message

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www-tyomb.nj.gov/TYM_ESS/home to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

Department of the Treasury
**State of New Jersey**
Trenton, New Jersey 08625-0221
**PAYROLL ACCOUNT**

Bank Name: CITIZEN'S BANK

## Statement of Earnings and Deductions

| Employee Name | Address | Employee ID |
|---|---|---|
| C FREEMAN-POCHETTE | 414 JACKSON AV, COLLINGDALE  PA 19023 | 000344280 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 10 | 05/02/2025 | 05/09/2025 | EF972249 | 2025 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 810 | 30 | 00 | 1183819 | S-00 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| 4500 | | | N |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 413.02 | 10.00 | 4130.27 |
| Total | | | 4130.27 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 41302.70 |
| Taxable Wages - Federal | 33421.54 |
| Taxable Wages - PA | 37932.80 |
| Base Wages (Subject to Pension Ded) | 41302.70 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 270.76 | 2396.59 | Contributory Insurance | 20.65 |
| FICA & YTD | 235.18 | 2351.80 | Negotiations Unit Dues | 19.85 |
| PA Income Tax & YTD | 116.45 | 1164.50 | | |
| Medicare & YTD | 55.00 | 550.00 | | |
| Pension Contribution & YTD | 309.77 | 3097.70 | | |
| Pension Loan Payment & BAL | 391.56 | 21144.24 | | |
| Unemployment Ins. & YTD | 17.55 | 175.50 | | |
| Temporary Disability Ins. & YTD | 9.50 | 95.00 | | |
| Pre-Tax Dental & YTD | 12.89 | 128.90 | | |
| Pre-Tax Health/PD & YTD | 324.10 | 3241.00 | | |
| Deferred Comp & YTD    % | | 1413.56 | | |
| Family Leave Insurance & YTD | 13.63 | 136.30 | | |
| | | | Total Deductions | 1796.89 |
| | | | Net Pay | 2333.38 |

**Health and Dental Coverage**

For Health Benefit plan or coverage information please login to your myNewJersey account and access your Benefitsolver account.

## Important Message

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www-tyomb.nj.gov/TYM_ESS/home to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.