| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-12325-AMC

Caralotta Freeman-Pochette
414 Jackson Avenue
Collingdale  PA    19023

Petition Filed Date: 06/10/2025
341 Hearing Date: 08/15/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

*\*\*There were no receipts posted to this case for the time period selected\*\**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $29,398.82 | $0.00 | $0.00 |
| 2 | MIDFIRST BANK<br>»» 002 | Mortgage Arrears | $44,466.97 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,753.69 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $187.05 | $0.00 | $0.00 |
| 5 | WEBBANK<br>»» 005 | Unsecured Creditors | $781.05 | $0.00 | $0.00 |
| 6 | RESURGENT CAPITAL SERVICES<br>»» 006 | Unsecured Creditors | $201.31 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $635.44 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $604.02 | $0.00 | $0.00 |
| 9 | PRESTIGE FINANCIAL SERVICES<br>»» 009 | Secured Creditors | $27,611.95 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Crediors | $23,288.39 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $5,996.44 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $163.18 | $0.00 | $0.00 |
| 13 | PHILADELPHIA PARKING AUTHORITY<br>»» 012 | Unsecured Creditors | $175.00 | $0.00 | $0.00 |
| 14 | ONE MAIN FINANCIAL GROUP LLC<br>»» 013 | Unsecured Creditors | $12,493.39 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $808.80 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $1,012.20 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 016 | Unsecured Creditors | $1,329.23 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $460.00 | Current Monthly Payment: | $460.00 |
| Paid to Claims: | $0.00 | Arrearages: | $460.00 |
| Paid to Trustee: | $25.30 | Total Plan Base: | $27,600.00 |
| Funds on Hand: | $434.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.