United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12325-amc |
| Caralotta Freeman-Pochette | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caralotta Freeman-Pochette, 414 Jackson Avenue, Collingdale, PA 19023-3405 |
| 15025513 | + | MIDFIRST BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15025274 | + | MidFirst Bank, C/O Matthew Fissel, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15017468 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15017487 | + | T-Mobile, 4120 International Pkwy, 100, Carrollton, TX 75007-1960 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 23 2026 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2026 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15017473 | | Email/Text: bk@avant.com | Jan 23 2026 00:48:00 | Avant/WebBank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 15017474 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 23 2026 00:48:38 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 15017472 | | Email/Text: megan.harper@phila.gov | Jan 23 2026 00:48:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15017477 | | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2026 00:48:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 15017475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 00:51:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15026978 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2026 00:51:32 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15017476 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2026 00:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15017478 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 00:51:38 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15017479 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 23 2026 00:51:38 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15017480 | | Email/Text: bankruptcy@webbank.com | Jan 23 2026 00:48:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105814, Atlanta, GA 30348-5814 |
| 15017465 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2026 00:48:00 | Internal Revenue Service, PO Box 7346, |

Case 25-12325-amc    Doc 42    Filed 01/24/26    Entered 01/25/26 00:39:31    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 15034358 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15035846 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15029991 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029523 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15017481 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:44 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15026887 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 23 2026 00:51:30 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15025263 | ^ | MEBN | Jan 23 2026 00:46:25 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15017482 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 23 2026 00:51:43 | MidFirst Bank, 999 N.W. Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 15035858 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2026 00:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15056494 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 23 2026 00:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15035567 | + | Email/PDF: cbp@omf.com | Jan 23 2026 00:51:37 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15017483 | | Email/PDF: cbp@omf.com | Jan 23 2026 00:51:43 | Onemain Financial, Attn: Bankruptcy, PO Box 142, Evansville, IN 47701-0142 |
| 15031888 | + | Email/Text: bankruptcy@gopfs.com | Jan 23 2026 00:48:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 15017466 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2026 00:48:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15017469 | ^ | MEBN | Jan 23 2026 00:46:35 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15017471 | + | Email/Text: bankruptcy@philapark.org | Jan 23 2026 00:48:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15017484 | ^ | MEBN | Jan 23 2026 00:46:10 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 15017485 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 23 2026 00:48:38 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 15017486 | | Email/Text: bankruptcy@sw-credit.com | Jan 23 2026 00:48:00 | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 15017470 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 23 2026 00:48:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15017467 | ^ | MEBN | Jan 23 2026 00:46:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15017776 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 23 2026 00:51:31 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15029358 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 22, 2026 | Form ID: pdf900 | Total Noticed: 41

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15029992 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

**Name** | **Email Address**

BRAD J. SADEK
on behalf of Debtor Caralotta Freeman-Pochette brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

MATTHEW K. FISSEL
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| **In Re:** | : | |
| Caralotta Freeman-Pochette | : | Chapter 13 |
| | : | Case No. 25-12325-AMC |
| Debtor(s) | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby

**ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor(s) shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: Jan. 22, 2026

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE