**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Caralotta Freeman-Pochette | : | Chapter 13 |
| | : | Case No.: 25-12325-AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: February 17, 2026            /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek Law Offices
                                    1500 JFK Boulevard Suite 220
                                    Philadelphia, Pa 19102
                                    215-545-0008