**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Caralotta Freeman-Pochette | : | Chapter 13 |
| | : | Case No. 25-12325-AMC |
| Debtor(s) | : | |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED** and Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,633.00.

2. Debtor's counsel has received $2,110.00 in pre-petition fees.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant up to $4,523.00 from the current balance on hand, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

**Dated**   Feb. 19, 2026

_____

**HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE**